UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| TASHNA S. RABALAIS,<br><br>    Petitioner,<br><br>vs.<br><br>SARGENT HANEY, et al.<br><br>    Respondent. | Case No. CV 08-4252-ODW (JWJ)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the instant Petition and other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a <u>de novo</u> determination of the Report and Recommendation. The Court concurs with and adopts the conclusions of the Magistrate Judge.

    IT IS ORDERED that a Judgment be entered dismissing the instant Petition for Writ of Habeas Corpus without prejudice as unexhausted.

///
///
///
///

1      IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy
2 of this Order and the Judgment of this date on petitioner.

4 DATED: December 3, 2008

                                                                     _____
                                                                       OTIS D. WRIGHT, II
                                                                United States District Judge