# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| TASHNA S. RABALAIS, | Case No. CV 08-4252-ODW (JWJ) |
| Petitioner, | |
| vs. | JUDGMENT |
| SARGENT HANEY, et al. | |
| Respondent. | |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

IT IS ADJUDGED that the instant Petition for Writ of Habeas Corpus be dismissed without prejudice as unexhausted.

DATED: December 3, 2008

_____
OTIS D. WRIGHT, II
United States District Judge